IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KEVIN FULMORE, SR.,

      Appellant,

v.

Case No.  5D23-650
LT Case No. 2008-CF-027949-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 16, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Samuel Bookhardt, Judge.

Kevin Fulmore, Sr., Mayo, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa M. Williams,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., SOUD and KILBANE, JJ., concur.